# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE McKENZIE,<br>         Petitioner,<br><br>      v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, et al.,<br>         Respondents. | :<br>:<br>:<br>:   Civ. No. 20-1436<br>:<br>:<br>:<br>: |

## J U D G M E N T

**AND NOW**, this 25th day of November, 2020, it is hereby **ORDERED** as follows:

1. Judge Lloret's Report and Recommendation (Doc. No. 17) is **APPROVED** and **ADOPTED**;

2. Petitioner Lawrence McKenzie's Petition for Writ of Habeas Corpus (Doc. No. 2) is **DENIED with prejudice**;

3. A Certificate of Appealability shall **NOT ISSUE**. See 28 U.S.C. § 2253(c)(1)(A); Slack v. McDaniel, 529 U.S. 473, 484 (2000);

4. The Pennsylvania Board of Probation and Parole's Motion to Dismiss (Doc. No. 15) is **DENIED** as moot; and

5. The **CLERK OF COURT** shall **REMOVE** this case from **SUSPENSE** and **CLOSE** this case.

                                                      **AND IT IS SO ORDERED.**

                                                      */s/ Paul S. Diamond*

                                                      _____

                                                      Paul S. Diamond, J.